No. 5:15-MJ-2230

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| AMANDA R. LOCKHART | ) | |

1.    The United States of America, by and through the Acting United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the above-captioned matter without prejudice.

2.    After due consideration, the Court hereby ALLOWS the Motion to Dismiss Without Prejudice.

3.    The Court finds that dismissal without prejudice is in the best interest of justice.

So ORDERED this __12th__ day of ___July_____, 2016.

<u>*Robert T. Numbers II*</u>
United States Magistrate Judge